UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LESLIE SHANLEY and ERIN EIZELMAN, individually and on behalf of all others similarly situated, | Case No. 22-CV-0319 (PJS/HB) |
| Plaintiffs, | ORDER |
| v. | |
| EVEREVE, INC., | |
| Defendant. | |

This matter is before the Court on the parties' joint motion to approve their settlement in this Fair Labor Standards Act action. The Court held a hearing on the motion on March 24, 2022. For the reasons discussed at that hearing, the motion is DENIED WITHOUT PREJUDICE. Furthermore, all proceedings in this matter, including the deadline for defendant to respond to the complaint, are STAYED pending further order of the Court.

SO ORDERED.

Dated: March 24, 2022

Patrick J. Schiltz
United States District Judge