UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leslie Shanley and Erin Eizelman, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

Evereve, Inc.,

    Defendant.

Court File No. 22-cv-00319-JFD

**ORDER ON JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE**

This matter came before the Court upon the Joint Motion for Approval of Settlement (Dkt. No. 52). Having reviewed the Motion and all accompanying papers, and the Court being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

The Joint Motion is **GRANTED**. The Court finds that the settlement reached by the Parties in this FLSA action is fair, reasonable, and just.

The Settlement Agreement is **APPROVED**. The Settlement Administrator is authorized to send the Notices and issue the payments pursuant to the terms of the Settlement Agreement.

Defendant shall issue payments per the terms of the settlement.

This Action is **DISMISSED WITH PREJUDICE**.

Without affecting the finality of this Order, this Court **RETAINS JURISDICTION** over the Parties to this action for the purpose of the administration and enforcement of the

- 2 -

Settlement until the conclusion of the settlement administration process.


Dated: April 21, 2023                              SO ORDERED

                                                   *s/ John F. Docherty*
                                                   JOHN F. DOCHERTY
                                                   United States Magistrate Judge